UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| JAMIE EMERSON NEW, JR., | JUDGMENT IN A CIVIL CASE |
|     Plaintiff, | |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY, | CASE NO: 14-1139-STA-dkv |
|     Defendant. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Reversing the Decision of the Commissioner and Remanding Pursuant To Sentence Four of 42 U.S.C. § 405(G) entered on September 6, 2017, the decision of the Commissioner is REVERSED, and the action is REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) for another hearing.

                                                  APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 9/8/2017                            THOMAS M. GOULD
                                                      Clerk of Court

                                                           s/Maurice B. BRYSON

                                                           (By) Deputy Clerk